NUMBER
13-09-00349-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JOHNNY
POLENDO MARTINEZ,                                                Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                           On
appeal from the 117th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

Before Justices Yañez, Rodriguez, and
Garza

                               Memorandum
Opinion Per Curiam

 








Appellant,
Johnny Polendo Martinez, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  

Having
dismissed the appeal at appellant's request, no motion for rehearing will be 

entertained, and our mandate will issue forthwith.

PER CURIAM

 

Do not publish.  

Tex. R. App.
P. 47.2(b).  

Delivered and filed

the 13th day of May, 2010.